**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DAVID N. LAMBETH, D/B/A LAMBETH SYSTEMS (A SOLE PROPRIETORSHIP), | ) ) ) | |
| PLAINTIFF, | ) ) ) | |
| V. | ) ) | Civil Action No. 2:13-cv-194 |
| ACACIA RESEARCH CORPORATION; SBS MAGNETICS LLC, | ) ) ) | JURY TRIAL DEMANDED |
| DEFENDANTS. | ) ) | |

**PLAINTIFF'S NOTICE OF SERVICE OF ITS DISCLOSURES**

Plaintiff hereby provides notice that on June 21, 2013, Plaintiff served the disclosures and information required by the Court's Discovery Order [Docket No. 26] on Defendant Acacia Research Corporation and Defendant SBS Magnetics LLC.

Dated:  June 24, 2013                         Respectfully submitted,

                                              /s/ Artoush Varshosaz
                                              John R. Hardin, *Lead Attorney*
                                              State Bar No. 24012784
                                              john.hardin@klgates.com
                                              Artoush Varshosaz
                                              State Bar No. 24066234
                                              artoush.varshosaz@klgates.com
                                              Amanda Pennington
                                              State Bar No. 24083646
                                              amanda.pennington@klgates.com
                                              **K&L GATES LLP**
                                              1717 Main Street, Suite 2800
                                              Dallas, Texas 75201
                                              Telephone:  (214) 939-5500
                                              Facsimile:  (214) 939-5849

                                              **ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 24, 2013, a true and correct copy of the attached was served to all known counsel of record pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5.

*/s/ Artoush Varshosaz*